UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAKA RUSHDEE RAZULU                                           PLAINTIFF
ADC #127470

V.                      No. 4:23-CV-91-LPR-JTR

LONNELL OQUIN SEAMSTER, SR.,
APN, Mid-Level, Tucker Unit, *et al*.                         DEFENDANTS

## ORDER

In this § 1983 action, Plaintiff Shaka Rushdee Razulu ("Razulu") is proceeding on claims that Defendants provided him inadequate medical care for his broken hand. *Docs. 2, 4.* There are several issues pending before the Court.

### I.   Discussion

**A.   Razulu's Motion for Status Update (*Doc. 20*)**

On April 3, 2023, Defendants Cassandra Nichelle Davis, Laconya M. Harris, and Lonnell Oquin Seamster, Sr. filed a Motion to Dismiss for Failure to State a Claim and Brief in Support. *Docs. 7, 8.* Razulu has filed a Motion requesting the status of his Response to that Motion. *Doc. 20*. The Court has received Razulu's Response and Brief in Support. *Docs. 16, 17*. Thus, the Motion to Dismiss is joined and ready for disposition. The Court will issue a Recommendation on that Motion in due course.

B.   **Razulu's Motion for Copies (*Doc. 24*)**

On March 21, 2023, United States District Court Judge Lee P. Rudofsky entered an Order in this case—as he does in all civil matters presiding before him—inviting amicus briefing in cases that "present really serious issues of constitutional law or statutory interpretation." *Doc. 5*. Razulu has requested a copy of "any Party who Responded to [Judge Rudofsky's] humble request dealing with 'Amicus Brief'" in his case. *Doc. 24*. No individual or group has requested leave to file an amicus brief. Accordingly, his Motion for Copies is moot.

C.   **Razulu's Motion to Appoint Counsel (*Doc. 19*)**

Razulu has requested "counsel assistance" to obtain accurate copies of his medical records. *Doc. 19*. Given Defendants' outstanding Motion to Dismiss, Razulu's request is premature. If Razulu's claims survive the Motion to Dismiss, and any subsequent summary judgment motion regarding his exhaustion of administrative remedies, he may refile his Motion to Appoint Counsel at that time.

D.   **Razulu's Communication to Defendants' Attorney**

The Clerk's office has received several documents from Razulu addressed to Defendants' counsel. Most recently, on October 19, 2023, the Clerk received a letter to Attorney Kynda Almefty seeking to open "civil communication" between the parties. Communication to Defendants' counsel, including letters and discovery requests and responses, should *not* be filed with the Court. Instead, they should be sent directly to Defendants' counsel at her address of record.

## II. Conclusion

IT IS THEREFORE ORDERED THAT:

1. Razulu's Motion for Status Update (*Doc. 20*) is GRANTED.

2. Razulu's Motion for Copies (*Doc. 24*) is DENIED as moot.

3. Razulu's Motion to Appoint Counsel (*Doc. 19*) is DENIED as premature.

4. The Clerk is directed to: (a) send Razulu an updated copy of the docket sheet; and (b) return the October 19, 2023 letter to him, undocketed.

SO ORDERED, this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE