IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAKA RUSHDEE RAZULU**                                                     **PLAINTIFF**
**ADC #127470**

v.                               No. 4:23-CV-00091-LPR-BBM

**LONNELL OQUIN SEAMSTER SR., et al.**                              **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 50). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD and careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Clerk is directed to TERMINATE Tina M. Evans, Brenda L. Hill, and Laconya M. Harris as parties to this action.

IT IS SO ORDERED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE