# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHAKA RUSHDEE RAZULU**                                                         **PLAINTIFF**
**ADC #127470**

**v.**                                        **No. 4:23-cv-00091-LPR**

**LONNELL OQUIN SEAMSTER, SR., et al.**                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 78).  No objections have been filed, and the time to do so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion to Compel (Doc. 76) is DENIED, and Defendants' Motion for Summary Judgment (Doc. 71) is GRANTED.  Judgment will be entered for APRN Seamster and Nurse Davis on Plaintiff's medical-deliberate-indifference claims against them.  The Clerk is directed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE